# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

---

## NO. 03-19-00448-CV

---

**D. J. and A. S., Appellants**

**v.**

**Texas Department of Family and Protective Services, Appellee**

---

### FROM THE 146TH DISTRICT COURT OF BELL COUNTY
### NO. 300,832-B, THE HONORABLE JACK WELDON JONES, JUDGE PRESIDING

---

## O R D E R

**PER CURIAM**

Appellant D. J. filed her notice of appeal on July 5, 2019. The appellate record was complete on July 15, 2019, making appellant's brief due on August 5, 2019. The Court has issued two previous orders to appellant D. J. that granted extensions of time to file her brief. The first order extended the brief deadline to August 26, 2019, and the second order extended the brief deadline to September 13, 2019. On both occasions, the Court ordered appellant D. J. to file her brief by the specified date and advised her that if the brief was not filed by that date, the case may proceed on appellant A. S.'s brief alone. On September 16, 2019, appellant D. J, who was an intervenor in the proceeding below and is acting pro se, submitted another motion for extension of time to file appellant's brief, which is not compliant with the Texas Rules of Appellate Procedure because it lacks a signature and a certificate of conference, and it does not state the length of the extension sought. *See* Tex. R. App. P. 9.1(b), 10.1(a)(5), 10.5(b)(1)(B).

In the motion, appellant D. J. informs the Court that she is still attempting to obtain counsel to assist her with this appeal.

The rules of judicial administration accelerate the final disposition of appeals from suits for termination of parental rights. *See* Tex. R. Jud. Admin. 6.2(a) (providing 180 days for court's final disposition). The accelerated schedule constrains this Court's leeway in granting extensions. In this instance, on its own motion, the Court orders appellant D. J. to file her appellant's brief **no later than October 14, 2019**. If the brief is not filed by that date, the case may proceed on appellant A. S.'s brief alone.

It is ordered on September 24, 2019.

Before Chief Justice Rose, Justices Triana and Smith